UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>LUIS MIGUEL MEJIA LUGO     ) | CRIMINAL NO. 17-CR-10123-NMG |

### DEFENDANT'S MOTION FOR SPEEDY TRIAL

Now comes the Defendant by his attorney, and hereby moves for a speedy trial, pursuant to 18 USC § 3161 (c)(1).

In support of this request, the Defendant states that he has entered a plea of not guilty, he is charged pursuant to an indictment, and requests a trial within seventy (70) days.

JOSUE MARRERO,
indicted as, LUIS MIGUEL MEJIA LUGO
By his attorney

/s/ Jessica P. Thrall
Jessica P. Thrall #670412
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617 – 223 – 8061

### CERTIFICATE OF SERVICE

I, Jessica P. Thrall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 17, 2017.

/s/ Jessica P. Thrall
Jessica P. Thrall

*Motion allowed: Trial will commence on Mon., June 19, 2017 at 9:00 A.M.*

*/s/ NMGorton, USDJ 5/23/17*